## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHLEEN LANGSTON,** | : | **CIVIL ACTION NO. 1:15-CV-2027** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **MILTON S. HERSHEY MEDICAL** | : | |
| **CENTER**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 19th day of April, 2018, upon consideration of plaintiff's motion (Doc. 82) to dismiss the above-captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 82) is GRANTED.

2. The above-captioned action is DISMISSED with prejudice.

2. The Clerk of Court is directed to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania